UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORY MOYER; ADVOCATES FOR DISABLED AMERICANS (AFDA). | : CASE NO. 08-CV-355-JBS-JS |
| Plaintiffs, | : Civil Action |
| Vs. | : |
| TRUMP PLAZA CORPORATION, | : **STIPULATION OF DISMISSAL** <br> : **WITHOUT PREJUDICE** |
| Defendant. | : |

The parties respectfully request the Clerk to enter a dismissal without prejudice with each side bearing its own fees and costs.

Dated: 5/13/08

_____
ANTHONY J. BRADY, JR., ESQUIRE
1 Rose Avenue
P O Box 129
Maple Shade, New Jersey 08052
(856) 662-5234
Attorney for Plaintiffs

Dated: April 30, 2008

_____
MARISA J. STEEL, ESQUIRE
McCarter & English, L.L.P.
Four Gateway Center
100 Mulberry Street.
Newark, New Jersey 07102
(973) 639-2020
Attorney for Defendant